**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **GenCanna Global, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **321 Venable Road Suite 2**<br>**Winchester, KY 40391**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark**<br>County | Location of principal assets, if different from principal place of business<br>**4274 Colby Road Winchester, KY 40391**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  GenCanna Global, Inc.                                              Case number (if known) _____
_____
        Name

7.  Describe debtor's business   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

8.  Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11   *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | See Attachment | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

| Debtor | GenCanna Global, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   GenCanna Global, Inc.
      Name                                                         Case number (if known)

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    February  5, 2020
                MM / DD / YYYY

X _____        James Alt
    Signature of authorized representative of debtor       Printed name

Title    **Chief Transformation Officer**

| | |
|---|---|
| 18. Signature of attorney | X _____    Date February  5, 2020 |
| |    Signature of attorney for debtor              MM / DD / YYYY |

      James R. Irving 96048
      Printed name

      Dentons Bingham Greenebaum LLP
      Firm name

      **3500 PNC Tower**
      **101 South Fifth Street**
      **Louisville, KY 40202**
      Number, Street, City, State & ZIP Code

      Contact phone    **(502) 587-3606**       Email address    jirving@bgdlegal.com

      96048 KY
      Bar number and State

Debtor   GenCanna Global, Inc.
_____   Case number (if known) _____
         Name

---

Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY
_____

Case number (if known) _____   Chapter   11

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | GenCanna Global USA, Inc. | | | Relationship to you | Affiliate |
| District | Eastern District of Kentucky | When | 2/05/20 | Case number, if known | 20-50133-grs |
| Debtor | Hemp Kentucky LLC | | | Relationship to you | Affiliate |
| District | Eastern District of Kentucky | When | 2/05/20 | Case number, if known | |

---

Fill in this information to identify the case:

Debtor name ____GenCanna Global, Inc._____

United States Bankruptcy Court for the:  EASTERN DISTRICT OF KENTUCKY

Case number (If known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐    *Schedule H: Codebtors (Official Form 206H)*
☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
■    Other document that requires a declaration    List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __February 5, 2020__    X _____
                                            Signature of individual signing on behalf of debtor

                                            __James Alt__
                                            Printed name

                                            **Chief Transformation Officer**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   GenCanna Global, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF
KENTUCKY

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured; fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hemp Kentucky Growers LLC 2101 Capstone Drive, Suite 110 Lexington, KY 40391 | | | | | | $4,083,859.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   GenCanna Global, Inc.
_____
                                        Debtor(s)

Case No. _____
Chapter      11

## VERIFICATION OF MAILING LIST MATRIX

I, the Chief Transformation Officer of the corporation named as the petitioner(s) in the above-styled bankruptcy action,

declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __10__ page(s)

is true and correct and complete, to the best of my (our) knowledge.

Date:   February  5, 2020
_____

James Alt/Chief Transformation Officer
Signer/Title

I, _____James R. Irving 96048_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached
Master Address List consisting of ___ page(s) has been verified by comparison to Schedules D through H to be complete, to the best
of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to
all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any
amendments may be made.

Date:   February  5, 2020
_____

Signature of Attorney
James R. Irving 96048
Dentons Bingham Greenebaum LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
(502) 587-3606  Fax: (502) 540-2215

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

2167906 ONTARIO INC.
7 ROMNEY ROAD
ETOBICOKE, ON  M9A 4E9
CANADA

2419124 ONTARIO INC.
7050 WESTON ROAD; STE 501
VAUGHAN, ON  L4L 8G7
CANADA

2423171 ONTARIO INC.
7 WELLS HILL AVENUE
TORONTO, ON  M5R 3A5
CANADA

8821372 CANADA, LIMITED
12 HAZEL CRESCENT
KEENE, ON  K9J6X7
CANADA

ALEX GREEN
[ADDRESS REDACTED]


AMY SCHOENTHALER
[ADDRESS REDACTED]


ANDREW STUBBS
[ADDRESS REDACTED]


ANDREW SUBOCH
65 QUEEN STREET WEST #1500
TORONTO, ON  M5H 2M5
CANADA

ARI FRIEDBERG
301 WASHINGTON STREET; APT. 1107
CONSHOHOCKEN, PA  19428

AWELI, LLC
1177 BRANHAM LANE #287
SAN JOSE, CA  95118

BEN BRONICEL
2180 ELK AVENUE
EUGENE, OR  97403

BERGENIX SRL


BRADILER S.A.
C/O LYNCH, COX, GILMAN & GOODMAN
ATTN:  JOSEPH PATRICK HUMMEL
LOUISVILLE, KY  40202

BRETT GOLDMAN
7301 COVENTRY AVE # 701
ELKINS PARK, PA  19027

BRIAN ELLIOTT
[ADDRESS REDACTED]

BRITTANY EDGAR GIOVANELLI
[ADDRESS REDACTED]

BRUCE & ANN TOPP
272 LAWRENCE AVENUE WEST SUITE 205
TORONTO, ON  M5M 4M1
CANADA

CHELSEA PIPKIN
[ADDRESS REDACTED]

CHRISTOPHE PREOBRAZAISKI
100 RICHMOND ST WEST #414
TORONTO, ON  M5H 3K6
CANADA

CHRISTOPHER MACALUSO
[ADDRESS REDACTED]

CHRISTOPHER STUBBS
[ADDRESS REDACTED]

COHEN
1121 HILLCREST ROAD
PENN VALLEY, PA  19072

CORSAIR MANAGEMENT, LLC
1621 CENTRAL AVENUE
CHEYENNE, WY  82001

DAN CLAYCAMP
[ADDRESS REDACTED]

DARRELL GENE O'CONNOR
2443 NORTH 50TH STREET
PHILADELPHIA, PA  19131

DAVID DUVALL
[ADDRESS REDACTED]

DAVID FRALEY
[ADDRESS REDACTED]


DAVID KIMERLING
2900 ARGYLE ROAD
BIRMINGHAM, AL  35213

DI GUO & SHU ZHANG
9518 LOCUST HILL DRIVE
GREAT FALLS, VA  22066

DONALD BENNETT
500 AVENUE ROAD; SUITE 601
TORONTO, ON  M4V 2J6
CANADA

DOUG GRAND
32 EDMUND AVENUE
TORONTO, ON  M4V 1H3
CANADA

DRISTEL FINANCE S.A.
C/O LYNCH, COX, GILMAN & GOODMAN
ATTN:  JOSEPH PATRICK HUMMEL
LOUISVILLE, KY  40202

DUSTIN HAWKINS
[ADDRESS REDACTED]


EMILY WRIGHT
39 BUCKINGHAM AVENUE
TORONTO, ON  M4N 1R3
CANADA

EMKAY EQUITIES, INC.
113 SCHOOLHOUSE LANE
ROSLYN HEIGHTS, NY  11577

ERIK FREDRIKSON MILLER
205 ARDMORE AVENUE
ARDMORE, PA  19003

ERNIE SAMMONS
[ADDRESS REDACTED]


GARRETT BAIN
[ADDRESS REDACTED]


GARY BROADBENT
[ADDRESS REDACTED]

GARY SHELL
3011 FALL LICK ROAD
LANCASTER  40444

GEORGE & SHARON AIKEN
2733 MUSKOKA ROAD 188; UNIT 2
PORT CARLING, ON  P0B-1J0
CANADA

GEORGE DEMPSEY
RR 1/ 7553 OLD HWY #4
THORBURN, NS  B0K 1W0
CANADA

GILES SHELL
321 VENABLE RD SUITE 2
WINCHESTER, KY  40391

GRAND GABLE HOLDINGS INC.
P.O. BOX 182
BRACEBRIDGE, ON  P1L-1T6
CANADA

GRANT & CARYL RICHMOND
960 MEADOW WOOD ROAD
MISSISSAUGA, ON  L5J 2S6
CANADA

GRIMKAR INVESTMENT S.A.
C/O LYNCH, COX, GILMAN & GOODMAN
ATTN:  JOSEPH PATRICK HUMMEL
LOUISVILLE, KY  40202

HAJALO, INC.
32 CASTLE KNOCK ROAD
TORONTO, ON  M5N 2J4
CANADA

HARVEST HOPE

HEMP KENTUCKY GROWERS LLC
2101 CAPSTONE DR. STE. 110
LEXINGTON, KY  40511

HEMP KY GROWERS, LLC
2101 CAPSTONE DRIVE STE. 120
LEXINGTON, KY  40511

HOOTIE THOMPSON

HUGH HEMPEL

ISKYO ARONOV
116-55 QUEENS BLVD; STE 206
FOREST HILLS, NY  11375

JAKE PUCKETT
2527 BECKNERVILLE RD
WINCHESTER, KY  40391

JAMES OVERBY
[ADDRESS REDACTED]

JAMIE MORRIS
321 VENABLE RD SUITE 2
WINCHESTER, KY  40391

JASMINE AFHSAR

JASON SIEGEL
5018 TORREY HILLS LANE
LUTZ, FL  33558

JEFF LOFTSGAARDEN
18375 JUSTICE WAY
LAKEVILLE, MN  55044

JOEY HOOVER

JOHN BALLARD
[ADDRESS REDACTED]

JOHN CLARKE
102 BERTMOUNT AVENUE
TORONTO, ON  M4M 2X9
CANADA

JOHN ROSEN
390 BAY STREET; SUITE 1200
TORONTO, ON  M5H 2Y2
CANADA

JOHN S. LEAMAN
C/O LYNCH, COX, GILMAN & GOODMAN
ATTN:  JOSEPH PATRICK HUMMEL
LOUISVILLE, KY  40202

K&K CGC, LLC
2280 MAJORIE ROAD; ST.
CLOUD, FL  34772

KARL COLDER


KEN TYE
[ADDRESS REDACTED]


KEVIN DANN
1235 BAY STREET; SUITE 305
TORONTO, ON  M5R 3K4
CANADA

KIM LOFTSGAARDEN
17856 PANAMA AVENUE
PRIOR LAKE, MN  55372

LAURA TAYLOR
[ADDRESS REDACTED]


LELAND O'CONNOR
[ADDRESS REDACTED]


LELAND O'CONNOR
[ADDRESS REDACTED]


LEROY MORROW
2101 CAPSTONE DR. STE. 110
LEXINGTON, KY  40511

LEWIS SWARTS
[ADDRESS REDACTED]


LOUISE BÉLANGER
17213 LOYALIST PARKWAY
WELLINGTON, ON  K0K 3L0
CANADA

MALLORY MCGHEE


MANGONE MANAGEMENT, LLC
4274 COLBY ROAD
WINCHESTER, KY  40391

MAPLE LEAF HOLDINGS
2136 PRESTWICH PLACE; 1ST FLOOR
EUGENE, OR  97401

MARIMED ADVISORS, INC.
26 OSSIPEE ROAD; SUITE 201
NEWTON, MA  02464

MARK & RUTH ROSENHEK
17 DONCLIFFE DRIVE
TORONTO, ON  M4N 2E5
CANADA

MARK DONLIN
1335 LEXINGTON WAY
LIVERMORE, CA  94550

MARK OSMOND
1055 STARR ROAD
WINNETKA, IL  60093

MARK STEGEMAN
[ADDRESS REDACTED]

MARVIN BERKMAN LIVING TRUST
4512 SPRING BLVD
EUGENE, OR  97405

MARY DUNBAR
MONTE VALE POCINHO DA FAVELA; APARTADO 41
OURIQUE  7670-909
PORTUGAL

MATT CISSELL
[ADDRESS REDACTED]

MATTY MANGONE
[ADDRESS REDACTED]

MGG

MGG INVESTMENT GROUP LP
ONE PENN PLAZA 53RD FLOOR
NEW YORK, NY  10119

MICHAEL FRIEDBERG
1650 OAKWOOD DR E 315
NARBERTH, PA  19072

MIKE ADAIR

MIKE BARRETT


MIKE YANOVSKY


MNF PARTNERS, LLC
333 WEST WASHINGTON STREET
SYRACUSE, NY  13202

MOLLY MCAFEE MARSHALL
3001 BEACH AVE.
VENICE, CA  90291

NATALIE CONNER
2662 WEST VINA DEL MAR BLVD
ST PETE BEACH, FL  33706

NEIL RITCHIE & JODI WRIGHT
302 ERSKINE AVENUE
TORONTO, ON  M4P 1Z4
CANADA

OWEN TAMSITT


PANVIEW CORPORATION
P.O. BOX 68
PORT CARLING, ON  P0B 1J0
CANADA

PATRICK RYAN
[ADDRESS REDACTED]


PETER MITCHELL
1915 BROAD HOLLOW GATE; UNIT 116
MISSISSAUGA, ON  L5L 6A3
CANADA

PETER SCHNEEBERG
61-22 78TH STREET
MIDDLE VILLAGE, NY  11379


PODEROSOL, INC.


POND VIEW INVESTMENTS
1265 HUGHES LANE
LEXINGTON, KY  40511

PONICE CRUZE
[ADDRESS REDACTED]


REDEMPTION VENTURES, LLC


REGINA ASTER
[ADDRESS REDACTED]


ROB RONDELET
32 SHADY LANE; PO BOX 8
MERIGOMISH, NS  B0K 1G0
CANADA

ROBERT YOUNG
18609 VIA SASSARI
RANCHO SANTE FE, CA  92091

ROBERTO FELIPE
[ADDRESS REDACTED]


ROBIN DOEBLER
[ADDRESS REDACTED]


RON CONYEA
3030 STATE ROUTE 1241
HICKORY, KY  42051

RONALD W. STOCKS
2101 CAPSTONE DR. STE. 110
LEXINGTON, KY  40511


RONNIE MCGOWAN


RYAN LOADER
62 SUMMIT AVENUE
BRONXVILLE, NY  10708

RYAN WALKER
[ADDRESS REDACTED]


SCOTT SLYKER
1108 AUTUMN RIDGE DR
LEXINGTON, KY  40509

SHANNON STONE
[ADDRESS REDACTED]


SNOW LEOPARD HOLDINGS, LLC
1410 FOLWELL DR SW
ROCHESTER, MN  55902


SONYA BAIN
[ADDRESS REDACTED]


STEPHEN BRYAN WILSON


STEVE BEVAN
[ADDRESS REDACTED]


STEVE BRYANT
[ADDRESS REDACTED]


STEVEN RAFFAELE
144 E 84TH STREET
NEW YORK, NY  10028


STRATEGIC CAPITAL, LLC
6130 BLUE CIRCLE DRIVE
HOPKINS, MN  55343


THERESA WRIGHT
301 ELBOW PARK LANE SOUTHWEST
CALGARY, AB  T2S 0T8; AB
CANADA


THOMAS BISBEE
11882 HORNSILVER MTN
LITTLETON, CO  80127


THOMAS CHIARELLO
594 HENRY STREET
BROOKLYN, NY  11231


THOMAS RAMSEY


TOM & GINNIE WRIGHT
39 BUCKINGHAM AVENUE
TORONTO, ON  M4N 1R3
CANADA

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **GenCanna Global, Inc.**

                                                              Case No. _____
                                        Debtor(s)             Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 2167906 Ontario Inc.<br>7 Romney Road<br>Etobicoke M9A 4E9<br>ON, Canada | | 47,937 | Shares |
| 2419124 Ontario Inc.<br>7050 Weston Road<br>Ste 501<br>Vaughan L4L 8G7; ON | | 47,906 | Shares |
| 2423171 Ontario Inc.<br>7 Wells Hill Avenue<br>Toronto M5R 3A5<br>ON, Canada | | 134,797 | Shares |
| 8821372 Canada, Limited<br>12 Hazel Crescent<br>Keene, Ontario K9J6X7<br>Canada | | 1,739,270 | Shares; Warrants |
| Andrew Stubbs | | 40,000 | Warrants |
| Andrew Suboch<br>65 Queen Street West #1500<br>Toronto M5H 2M5<br>ON; Canada | | 15,176 | Shares |
| Ari Friedberg<br>301 Washington Street<br>Apt. 1107<br>Conshohocken, PA 19428 | | 6,052 | Shares |
| Aweli, LLC<br>1177 Branham Lane #287<br>San Jose, CA | | 306,194 | Shares |
| Bain | | 400,000 | Warrants |
| Ben Bronicel<br>2180 Elk Avenue<br>Eugene, OR 97403 | | 63,251 | Shares |
| Bergenix SRL | | 160,000 | Warrants |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

In re:   **GenCanna Global, Inc.** _____    Case No. _____

                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brett Goldman | | 40,000 | Warrants |
| Bruce & Ann Topp<br>272 Lawrence Avenue West<br>Suite 205<br>Toronto, M5M | | 48,785 | Shares |
| CAD Holdings, LLC | | 750,000 | Warrants |
| Christophe Preobrazaiski<br>100 Richmond St West #414<br>Toronto M5H 3K6<br>ON; Canada | | 3,170 | Shares |
| Christopher J. Macaluso | | 100,000 | Warrants |
| Cohen<br>1121 Hillcrest Road<br>Narberth, PA 19072 | | 560,000 | Shares |
| Corsair Management, LLC<br>1621 Central Avenue<br>Cheyenne, WY 82001 | | 700,000 | Shares |
| Darrell Gene O'Connor<br>2443 North 50th Street<br>Philadelphia, PA 19131 | | 100,200 | Shares |
| David Kimerling<br>2900 Argyle Road<br>Birmingham, AL 35213 | | 149,833 | Shares |
| Di Guo & Shu Zhang<br>9518 Locust Hill Drive<br>Great Falls, VA 22066 | | 61,018 | Shares |
| Donald Bennett<br>500 Avenue Road<br>Suite 601<br>Toronto M4V 2J6; Ontario; Canada | | 3,170 | Shares |
| Doug Grand<br>32 Edmund Avenue<br>Toronto M4V 1H3<br>ON; Canada | | 12,392 | Shares |

List of equity security holders consists of 8 total page(s)

In re:  **GenCanna Global, Inc.**                                        Case No. _____
_____
                                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Emily Wright**<br>39 Buckingham Avenue<br>Toronto M4N 1R3<br>ON; Canada | | 4,560 | Shares |
| **Emkay Equities, Inc.**<br>113 Schoolhouse Lane<br>Roslyn Heights, NY 11577 | | 31,632 | Shares |
| **Erik Fredrikson Miller**<br>205 Ardmore Avenue<br>Ardmore, PA 19003 | | 70,000 | Shares |
| **Ernie Sammons** | | 40,000 | Warrants |
| **Gary Shell** | | 40,000 | Warrants |
| **George & Sharon Aiken**<br>2733 Muskoka Road 188<br>Unit 2<br>Port Carling P0B-1J0; ON; Canada | | 12,149 | Shares |
| **George Dempsey**<br>RR 1/7553 Old Hwy #4<br>Thorburn B0K 1W0<br>NS; Canada | | 12,389 | Shares |
| **Giles Shell** | | 80,000 | Warrants |
| **Grand Gable Holdings Inc.**<br>P.O. Box 182<br>Bracebridge; Ontario<br>P1L-1T6 | | 595.035 | Shares |
| **Grant & Caryl Richmond**<br>960 Meadow Wood Road<br>Mississauga; ON<br>L5J 2S6 | | 30,470 | Shares |
| **Hajalo, Inc.**<br>32 Castle Knock Road<br>Toronto M5N 2J4<br>ON, Canada | | 61,984 | Shares |

List of equity security holders consists of 8 total page(s)
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:  __GenCanna Global, Inc._____        Case No. _____

                                                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Hootie Thompson | | 80,000 | Warrants |
| Iskyo Aronov<br>116-55 Queens Blvd<br>Ste 206<br>Forest Hills, NY 11375 | | 63,092 | Shares |
| Jason Siegel<br>5018 Torrey Hills Lane<br>Lutz, FL 33558 | | 54,054 | Shares |
| Jeff Loftsgaarden<br>18375 Justice Way<br>Lakeville, MN 55044 | | 57,389 | Shares |
| John Clarke<br>102 Bertmount Avenue<br>Toronto M4M 2X9<br>ON; Canada | | 12,372 | Shares |
| John Rosen<br>390 Bay Street<br>Suite 1200<br>Toronto M5H 2Y2; ON | | 31,625 | Shares |
| K&K CGC, LLC<br>2280 Marjorie Road<br>Saint Cloud, FL 34772 | | 571,400 | Shares |
| Kathryn Robertson | | 20,000 | Warrants |
| Kevin Dann<br>1235 Bay Street<br>Suite 305<br>Toronto M5R 3K4 | | 383,257 | Shares |
| Kim Loftsgaarden<br>17856 Panama Avenue<br>Prior Lake, MN 55372 | | 57,389 | Shares |
| Leland O'Connor<br>8 Spruce Street<br>Apt 68B<br>New York, NY 10038 | | 54,054 | Shares |

List of equity security holders consists of 8 total page(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:   <u>GenCanna Global, Inc.</u>                                 Case No. _____

                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Louise Belanger<br>17213 Loyalist Parkway<br>Wellington K0K 3L0<br>ON | | 317,854 | Shares |
| Mangone Management, LLC<br>4274 Colby Road<br>Winchester, KY 40391 | | 2,487,108 | Shares; Warrants |
| Maple Leaf Holdings<br>2136 Prestwich Place<br>1st Floor<br>Eugene, OR 97401 | | 31,646 | Shares |
| Marimed Advisors, Inc.<br>26 Ossipee Road<br>Suite 201<br>Newton Upper Falls, MA 02464 | | 11,254,598 | Shares |
| Mark & Ruth Rosenhek<br>17 Doncliffe Drive<br>Toronto M4N 2E5<br>Ontario, Canada | | 436,215 | Shares |
| Mark Donlin<br>1335 Lexington Way<br>Livermore, CA 94550 | | 31,667 | Shares |
| Mark Osmond<br>1055 Starr Road<br>Winnetka, IL 60093 | | 273,171 | Shares |
| Marvin Berkman Living Trust<br>4512 Spring Blvd<br>Eugene, OR 97405 | | 111,532 | Shares |
| Mary Dunbar<br>Monte Vale Pocinho da Favela<br>Apartado 41<br>7670-909 | | 91,882 | Shares |
| MGG Investment Group LP | | 4,709,127 | Warrants |
| Michael Friedberg<br>1650 Oakwood Dr E 315<br>Narberth, PA 19072 | | 16,863 | Shares |

List of equity security holders consists of 8 total page(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

In re:  **GenCanna Global, Inc.** _____          Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mike Barrett** | | 15,000 | Warrants |
| **MNF Partners, LLC**<br>333 West Washington Street<br>Syracuse, NY 13202 | | 1,764,963 | Shares |
| **Molly McAfee Marshall**<br>3001 Beach Ave.<br>Venice, CA 90291 | | 54,054 | Shares |
| **Natalie Conner**<br>2662 West Vina Del Mar Blvd.<br>Saint Petersburg, FL 33706 | | 248,192 | Shares |
| **Neil Ritchie & Jodi Wright**<br>302 Erskine Avenue<br>Toronto M4P 1Z4<br>ON, Canada | | 60,803 | Shares |
| **Owen Tamsitt** | | 12,055 | Shares |
| **Panview Corporation**<br>P.O. Box 68<br>Port Carling P0B 1J0<br>ON, Canada | | 247,133 | Shares |
| **Peter Mitchell**<br>1915 Broad Hollow Gate<br>Unit 116<br>Mississauga L5L | | 21,103 | Shares |
| **Peter Schneeberg**<br>61-22 78th Street<br>Middle Village, NY 11379 | | 63,140 | Shares |
| **Poderosol, Inc.** | | 400,000 | Warrants |
| **Pond View Investments**<br>1265 Hughes Lane<br>Lexington, KY 40511 | | 61,228 | Shares |
| **Redemption Ventures, LLC** | | 828,108 | Warrants |

List of equity security holders consists of 8 total page(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:   __GenCanna Global, Inc._____          Case No. _____
                                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Rob Rondelet<br>32 Shady Lane<br>PO Box 8<br>Merigomish B0K 1G0; Nova Scotia Canada | | 16,696 | Shares |
| Robert G. Sorrell | | 13,304 | Shares |
| Robert Young<br>18609 Via Sassari<br>Rancho Santa Fe, CA 92091 | | 15,131 | Shares |
| Ryan Loader<br>62 Summit Avenue<br>Bronxville, NY 10708 | | 15,429 | Shares |
| Scott Slyker | | 60,000 | Warrants |
| Snow Leopard Holdings, LLC<br>1410 Folwell Dr SW<br>Rochester, MN 55902 | | 820,400 | Shares |
| Steven Raffaele<br>144 E 84th Street<br>New York, NY 10028 | | 63,285 | Shares |
| Strategic Capital, LLC<br>6130 Blue Circle Drive<br>Hopkins, MN 55343 | | 90,776 | Shares |
| Theresa Wright<br>301 Elbow Park Lane Southwest<br>Calgary T2S 0T8<br>ON | | 398,306 | Shares |
| Thomas Bisbee | | 40,000 | Warrants |
| Thomas Chiarello<br>594 Henry Street<br>Brooklyn, NY 11231 | | 63,140 | Shares |
| Thomas Ramsey | | 80,000 | Shares |

List of equity security holders consists of 8 total page(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:  **GenCanna Global, Inc.** _____          Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tom & Ginnie Wright**<br>**39 Buckingham Avenue**<br>**Toronto M4N 1R3**<br>**ON, Canada** | | 56,043 | Shares |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Transformation Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___2/5/2020___          Signature _____
                                                  James Alt

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.