**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| In re: <br><br> GenCanna Global USA, Inc.,[1] <br><br> Debtor. | ) ) Chapter 11 <br> ) <br> ) Case No. 20-50133-grs <br> ) <br> ) Honorable Gregory R. Schaaf <br> ) |
| In re: <br><br> GenCanna Global, Inc., <br><br> Debtor. | ) ) Chapter 11 <br> ) <br> ) Case No. 20-50211 <br> ) <br> ) <br> ) |
| In re: <br><br> Hemp Kentucky LLC, <br><br> Debtor. | ) ) Chapter 11 <br> ) <br> ) Case No. 20-50212 <br> ) <br> ) <br> ) |

**MOTION OF THE DEBTORS AND DEBTORS
IN POSSESSION FOR ENTRY OF AN ORDER DIRECTING THE
JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

GenCanna Global USA, Inc. and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through counsel, hereby submit this motion (the "Motion") for the entry of an order pursuant to sections 101(2) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 1015(b) of the Federal Rules of Bankruptcy

---

[1] The debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: GenCanna Global USA, Inc. (0251); GenCanna Global, Inc., (N/A); and Hemp Kentucky LLC (2600). The debtors' mailing address is 321 Venable Road, Suite 2, Winchester, KY 40391.

20820539.2

Procedure (the "Bankruptcy Rules") directing the joint administration of the Debtors' chapter 11 cases. In support of the Motion, the Debtors rely upon and incorporate by reference the *Declaration of James Alt in Support of Chapter 11 Petitions and First Day Pleadings* (the "First Day Declaration"). In further support of the Motion, the Debtors respectfully represent as follows:

## Jurisdiction and Venue

1. This Court has jurisdiction over these Cases under 28 U.S.C. §§ 157 and 1334, and pursuant to L.R. 83.12 of the Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky. This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. Debtors GenCanna Global USA, Inc. and GenCanna Global, Inc. have maintained their principal places of business in Winchester, Clark County, Kentucky during the 180-day period immediately preceding the Petition Date. Debtor Hemp Kentucky, LLC maintained its principal place of business in Lexington, Fayette County, Kentucky during that same period as well. Accordingly, venue for the Debtors' Cases is proper in this District under 28 U.S.C. §§ 1408 and 1409

## Background

3. On January 24, 2020 (the "Petition Date"), Pinnacle, Inc., Crawford Sales, Inc., and Integrity / Architecture. PLLC filed an involuntary chapter 11 petition under the Bankruptcy Code against GenCanna Global USA, Inc. On February, 6, 2020, GenCanna Global USA, Inc. consented to the involuntary petition and the other Debtors filed their own voluntary chapter 11 petitions under the Bankruptcy Code. As a result of these petitions the Debtors consented to, or commenced, the current chapter 11 bankruptcy cases (the "Cases"). The Debtors are seeking to have the Cases jointly administered for procedural purposes only.

20820539.2

4. The Debtors are continuing to operate their business and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. To date, the Office of the United States Trustee (the "U.S. Trustee") has not appointed an official committee of unsecured creditors in the Cases.

6. The Debtors have filed various customary first day motions (the "First Day Motions") seeking emergency relief to facilitate an efficient transition of their operations into chapter 11 and to minimize disruption. In support of these Cases and the relief requested in the First Day Motions, the Debtors have filed the First Day Declaration. The First Day Declaration contains a detailed description of the Debtors' business operations, capital structure, and events leading to the filing of these Cases, and is incorporated herein by reference

## Relief Requested

7. By this Motion, the Debtors seek entry of an order, pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b), directing the joint administration of the Debtors' pending Chapter 11 Cases, solely for procedural purposes, in order to optimally and economically administer. Specifically, the Debtors request that the Clerk of the United States Bankruptcy Court for the Eastern District of Kentucky (the "Clerk") maintain one file and one docket for all of the jointly-administered Chapter 11 Cases under the case number assigned to the proposed lead Debtor, GenCanna Global USA, Inc.

20820539.2

8.  The Debtors further request that the Clerk of the Court administer the Chapter 11 Cases under a consolidated caption to reflect their joint administration, as follows:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GenCanna Global USA, Inc., *et al.*,[1] | ) Case No. 20-50133-grs |
| Debtors. | ) (Joint Administration Requested) |
| | ) Honorable Gregory R. Schaaf |

9.  Finally, the Debtors request that a docket entry substantially similar to the following be made on the docket of each of the above-captioned Chapter 11 Cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of GenCanna Global USA, Inc.; GenCanna Global, Inc.; and Hemp Kentucky LLC. The docket in the chapter 11 case of GenCanna Global USA, Inc., *et al.*, Case No. 20-50133-grs, should be consulted for all matters affecting the above-listed cases.

## Basis for Relief Requested

10. Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates." FED. R. BANKR. P. 1015(b). Section 105(a) of the Bankruptcy Code also provides the Court with power to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]."

---

[1] The Debtors in these chapter 11 bankruptcy cases are (with the last four digits of their federal tax identification numbers in parentheses): GenCanna Global USA, Inc. (0251); GenCanna Global, Inc. (N/A); and Hemp Kentucky, LLC (2600).

20820539.2

11. As described in the First Day Declaration, each of the Debtors, excluding GenCanna Global, Inc., is fully owned and/or controlled by another Debtor, and the Debtors all share common ownership. The Debtors also share resources and management. Thus, the Debtors are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code and are "related parties" within Bankruptcy Rule 1015(b). Accordingly, this Court is authorized to grant the relief requested herein.

12. Given the commercial and corporate relationships among the Debtors, joint administration of the Cases will provide administrative convenience without harming the substantive rights of any party. Many of the motions, hearings, and orders that will arise in the Cases will affect all of the Debtors. Thus, the entry of an order directing joint administration of the Cases will reduce fees and costs by, for example, avoiding duplicative filings and objections. Moreover, joint administration will also simplify supervision of the administrative aspects of the Chapter 11 Cases by the U.S. Trustee and allow all parties in interest to monitor the Cases with greater ease and efficiency. This Court will also be relieved of the burden of entering duplicative orders and maintaining duplicative files as the Cases proceed.

13. Joint administration of the Cases will not give rise to any conflicts of interest among the Debtors' estates, nor will it prejudice or adversely affect the rights of the Debtors' creditors, because the Debtors seek only administrative, not substantive, consolidation of their estates. Parties in interest will not be harmed by the relief requested, but instead, will benefit from the cost reductions associated with the joint administration of the Cases.

14. For these reasons, the Debtors respectfully submit that the joint administration of the Cases is appropriate and is in the best interest of the Debtors, their estates, their creditors, and all other parties in interest, and, therefore, this Motion should be granted.

20820539.2

**Notice**

15.  The Debtors have sent notice of this Motion to: (a) the Office of the United States Trustee for the Eastern District of Kentucky, (b) the Debtors' secured creditors, (c) the twenty (20) largest unsecured creditors of each Debtor, (d) the Internal Revenue Service, (e) the Commonwealth of Kentucky Department of Revenue, (f) the Securities and Exchange Commission, and (g) all other parties who have requested notice in the Cases.  The Debtors submit that the foregoing constitutes adequate notice under the circumstances.  Furthermore, the Debtors will provide further notice of any final hearing on the Motion to parties in interest as the Court directs.

16.  Notice is hereby given that the foregoing shall be brought on for hearing before the United States Bankruptcy Court for the Eastern District of Kentucky, 100 East Vine Street, Second Floor Courtroom, Lexington, Kentucky on Thursday, February 6, 2020 at 1:00 p.m. (Eastern) or as soon as counsel may be heard

[*remainder of page intentionally left blank*]

20820539.2

WHEREFORE, the Debtors respectfully request that the Court enter an order (i) granting the Motion, (ii) directing the joint administration of the Debtors' Chapter 11 Cases under the case of GenCanna Global USA, Inc. *et al.*, Case No. 20-50133-grs, and (iii) granting such further relief as the Court deems just and proper.

Dated: February 6, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ James R. Irving*<br>James R. Irving<br>April A. Wimberg<br>Christopher B. Madden<br>DENTONS BINGHAM GREENEBAUM LLP<br>3500 PNC Tower<br>101 South Fifth Street<br>Louisville, Kentucky 40202<br>Telephone:   (502) 587-3606<br>Facsimile:    (502) 540-2215<br>E-mail:         james.irving@dentons.com<br>                    april.wimberg@dentons.com<br>                    chris.madden@dentons.com<br><br>*Proposed counsel to the Debtors* | Michael J. Barrie (pro hac vice pending)<br>Jennifer R. Hoover (pro hac vice pending)<br>BENESCH, FRIEDLANDER, COPLAN, &<br>ARONOFF LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>Telephone:   (302) 442-7010 Phone<br>E-mail:         mbarrie@beneschlaw.com<br>                    jhoover@beneschlaw.com<br><br>-and-<br><br>Elliot M. Smith (pro hac vice pending)<br>BENESCH, FRIEDLANDER, COPLAN, &<br>ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114<br>Telephone:   (216) 363-4500<br>E-mail:         esmith@beneschlaw.com<br><br>*Proposed Counsel for the Debtors* |

20820539.2